IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| PHIL HANNAH, | ) |
| Plaintiff, | ) No. 04-2897-BV |
| vs. | ) |
| AMERICAN REPUBLIC INSURANCE COMPANY, | ) |
| Defendant. | ) |

## AGREED ORDER TO STAY DISCOVERY

As evidenced by the signatures of counsel, Plaintiff and Defendant have agreed to stay discovery in this case until such time of the resolution of Defendant's Motion for Summary Judgment that was filed on April 12, 2005. The stay includes the filing of initial disclosures by both parties and production of the administrative record.

IT IS SO ORDERED.

APPROVED FOR ENTRY:

Arthur Knight / with permission by Cynthia Cutler
Arthur F. Knight, III
Becker, Fleishman, Brown & Knight, PC
P.O. Box 1710
Knoxville, Tennessee 37901-1710
(865) 522-5057
(865) 522-6743 (facsimile)

*Attorneys for the Plaintiff*

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-19-05

N PAA 502825 v1
2826801-000001  04/14/05

*(signature: Cynthia Cutler)*

Kenneth A. Weber
Cynthia J. Cutler
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600
(615) 726-0464 (facsimile)

**Attorneys for the Defendant**

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the foregoing Agreed Order to Stay Discovery was sent first class mail, postage prepaid to:

Arthur F. Knight, III
Becker, Fleishman, Brown & Knight, PC
P.O. Box 1710
Knoxville, Tennessee 37901-1710

this 14th day of April, 2005.

*(signature)*
Cynthia J. Cutler

N PAA 502825 v1
2826801-000001  04/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT