FILED BY _____ D.C.
05 MAY 16 AM 10: 40
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

PHIL HANNAH,   )
               )
   Plaintiff,  )
               )
v.             )   No. 2:04-cv-2897-BV
               )
AMERICAN REPUBLIC INSURANCE )
COMPANY,       )
               )
   Defendant.  )

## ORDER

Upon motion for enlargement of time to respond to Defendant's Motion for Summary Judgment, and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff shall have up until and including May 16, 2005, in which to respond to Defendant's Motion for Summary Judgment.

ENTER this 13rd day of May, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Honorable J. Breen
US DISTRICT COURT