Case 2:04-cv-02897-JDB-dkv   Document 26   Filed 05/23/05   Page 1 of 3   PageID 32

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| PHIL HANNAH, | ) |
| | ) |
| Plaintiff, | ) No. 04-2897-BV |
| | ) |
| vs. | ) |
| | ) |
| AMERICAN REPUBLIC INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING AMERICAN REPUBLIC INSURANCE COMPANY LEAVE TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant American Republic Insurance Company's motion for leave to file its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment to address Plaintiff's contention that he entered into the Separation Agreement and Release under economic duress. For the reasons stated in the Motion for Leave, the Court **GRANTS** Defendant's Motion for Leave to File a Reply Brief by May 27, 2005.

JUDGE

Prepared by:

_____
Kenneth A. Weber
Cynthia Cutler
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0465 (facsimile)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by first class U.S. mail, postage prepaid to:

    Arthur F. Knight, III
    P.O. Box 1710
    Knoxville, TN 37901-1710

dated this ____ day of May, 2005.

_____
Kenneth A. Weber

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Honorable J. Breen
US DISTRICT COURT