IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| PHIL HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2897-BV |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN REPUBLIC INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

FILED BY ___ D.C.
05 JUL 25 AM 10: 39
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER AMENDING SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order filed with the Court on July 18, 2005, **IT IS HEREBY ORDERED AND ADJUDGED** that the Scheduling Order of March 24, 2005 be amended as follows:

1. That Defendant American Republic Insurance Company will file and serve the Administrative Record on or before August 1, 2005;

2. That the stay on discovery should be lifted as to Plaintiff Phil Hannah's Section 1132 claim;

3. That the dispositive motion and response deadlines for the Section 1132 claim remain the same - September 15, 2005 and October 15, 2005, respectively; and,

4. That the upcoming discovery and dispositive motion deadlines on the Section 1140 claim be extended should the pending Summary Judgment motion be denied.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05

N PAA 514577 v1
2826801-000001 07/20/05



IT IS SO ORDERED this 22nd day of July, 2005

_____
U.S. Magistrate Judge Diane K. Vescovo

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT