IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PHIL HANNAH,

    Plaintiff,

v.                                              No. 04-2897-B/V

AMERICAN REPUBLIC INSURANCE
COMPANY,

    Defendant.

## ORDER OF REFERENCE

Before the court is Plaintiff's Motion to Supplement the Administration Record filed on September 15, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 19th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT