FILED IN __ *BJB* __ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 22 AM 11: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PHIL HANNAH,                          )
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )          No. 04-2897BV
                                      )
AMERICAN REPUBLIC INSURANCE, CO.      )
                                      )
          Defendant.                  )

---

ORDER DENYING WITHOUT PREJUDICE MOTION TO SUPPLEMENT THE RECORD

---

Before the court is the motion of the plaintiff, Phil Hannah, filed September 15, 2005, to supplement the administrative record. The motion was referred to the United States Magistrate Judge for determination.

With the motion, the plaintiff failed to file a certificate of consultation with counsel for the opposing party as required by Local Rule 11(a)(1)(B). A motion must be accompanied by a certification that the movant has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action. Local Rule 11(a)(1)(B) provides that failure to file the certificate "may be deemed good grounds for denying the motion." In addition, the plaintiff has failed to file a proposed order.

Therefore, the plaintiff's motion to supplement the administrative record is denied, without prejudice, for failure to file a certificate of consultation as required under Local Rule 11(a)(1)(B), and failure to file a proposed order.

IT IS SO ORDERED this 21st day of September, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-22-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT