IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PHIL HANNAH,

    Plaintiff,

v.                                         No. 04-2897-B/V

AMERICAN REPUBLIC INSURANCE
COMPANY,

    Defendant.

## ORDER OF REFERENCE

Before the court is Defendant's Motion to Strike Documents Filed in Support of Plaintiff's Motion for Summary Judgment, Plaintiff's Statement of Material Facts, and Plaintiff's Motion to Supplement the Record filed on October 14, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 17th day of October, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 10-18-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Honorable J. Breen
US DISTRICT COURT