IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| PHIL HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2897-BV |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN REPUBLIC | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING AMERICAN REPUBLIC INSURANCE COMPANY LEAVE TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT

Before the Court is Defendant American Republic Insurance Company's motion for leave to file its Reply to Plaintiff's Response to Defendant's Motion for Entry of Judgment to address two points made in Plaintiff's Response. For the reasons stated in the Motion for Leave, the Court **GRANTS** Defendant's Motion for Leave to File a Reply Brief and **ORDERS** Defendant to file the Reply Brief attached to its Motion within three (3) days of entry of this Order.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-4-05

N CC 540326 v1
2826801-000001 10/20/05

Prepared by:

*Cynthia Cutler*
Kenneth A. Weber
Cynthia Cutler
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0465 (facsimile)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by first class U.S. mail, postage prepaid to:

> Arthur F. Knight, III
> P.O. Box 1710
> Knoxville, TN 37901-1710

dated this 20th day of October, 2005.

*Cynthia Cutler*
Cynthia J. Cutler

N CC 540326 v1
2826801-000001 10/20/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CV-02897 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Cynthia J. Cutler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT